# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

161607 & (83)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 161607
                                  COA: 335193
AARON ANTWAUN ROBINSON,        Genesee CC: 11-029956-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, VACATE the sentences for first-degree home invasion and safe-breaking, and REMAND this case to the Genesee Circuit Court for resentencing. When the trial court departed upward from the recommended guidelines range, it improperly sentenced the defendant based in part on acquitted conduct. *People v Beck*, 504 Mich 605 (2019). On remand, the trial court must also reconsider whether to impose discretionary consecutive sentencing. The motion to add issue is DENIED.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021


p0113

                                   Clerk